W. DANIEL BOONE, Bar No. 046553
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff(s)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU UNITED HEALTHCARE WORKERS, <br><br> Plaintiff(s), <br><br> v. <br><br> ST. LUKE'S HOSPITAL, <br><br> Defendant(s). | No.   CV 07 6103 WHA <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

PURSUANT TO AGREEMENT BETWEEN THE PARTIES, it is hereby stipulated by and between the parties of this action, through their designated counsel, that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Reserving all objections that may appropriately be raised before the arbitrator, Defendant has agreed to arbitrate the underlying grievance. The parties agree to bear their own costs and attorneys' fees.

Dated: January 22, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ W. Daniel Boone
W. DANIEL BOONE
Attorneys for Petitioner

Dated: January 22, 2008

O'MELVENY & MYERS LLP
F. CURT KIRSCHNER, JR.
CHRISTOPHER T. SCANLAN
ERENDIRA E. RUBIN

By: /s/ Erendira E. Rubin
ERENDIRA E. RUBIN
Attorneys for Defendant
ST. LUKE'S HOSPITAL

117243/481520

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Case No. CV 07 6103 WHA
STIPULATION OF DISMISSAL WITH PREJUDICE

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On January 23, 2008, I served upon the following parties in this action:

Eréndira E. Rubin  
O'Melveny & Myers LLP  
2765 Sand Hill Road  
Menlo Park, CA  94025  
Tel:    (650) 473-2642  
Fax:    (650) 473-2601  

Counsel for Defendant  
St. Luke's Hospital

copies of the document(s) described as:

**Stipulation of Dismissal With Prejudice**

[X]  **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]  **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]  **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]  **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on January 23, 2008.

J.L. Aranda

Proof of Service

Case No. CV 07 6103 WHA